UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20258-CR-DPG

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Gustavo Sande Serrano,
    Defendant.

**CHANGE OF PLEA MINUTES AND DEFENDANT'S WAIVER TO APPEAR BEFORE U.S. DISTRICT JUDGE**

_____/

On **July 30, 2018** the above-named defendant appeared in person before the Honorable **ALICIA M. OTAZO-REYES, United States Magistrate Judge**, with counsel **Larry McMillan (ret)**, and said defendant stated in open court that he desired to withdraw his/her plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) **Two** of the Indictment/Information. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

(X) Defendant waived his/her right to appear before an Article III U.S. District Court Judge and consented to appear before a U.S. Magistrate Judge.

(X) The Court shall recommend to the U.S. District Court Judge that the defendant's plea shall be accepted.

( ) The Court proceeded to pronounce sentence.

(X) The Court postponed sentencing.

(X) The defendant was allowed to remain on present bond until Sentencing. — 50K CSB + 50K PSB

( ) The defendant remains in custody.

( ) The defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

TIME IN COURT: 30 mins
LANGUAGE: Spanish
CRD: Stephanie A. Lee
COURT REPORTER: Gizella Baan-Proulx (swing)

(X) Defense Counsel's Signature _x_ /s/ McMillan
( ) DEFENDANT'S Signature _____
(X) AUSA'S signature _Michael Gilfarb_